IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 22-cr-00080-RMR

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. DOUGLAS FLOYD,
    a/k/a "Doug,"
2. MARLENE MCGUIRE,
    a/k/a "M," and
3. MARIA DAVIS-CONCHIE,
    a/k/a "CeCe,"

    Defendants.

## SUPERSEDING INDICTMENT

The Grand Jury charges:

## COUNT 1

From a time unknown, but not later than on or about December 2021, up to and including on or about January 30, 2022, in the State and District of Colorado, the defendants, DOUGLAS FLOYD, a/k/a "Doug," MARLENE MCGUIRE, a/k/a "M," MARIA DAVIS-CONCHIE, a/k/a "CeCe," and others both known and unknown, did knowingly and intentionally combine, conspire, confederate, and agree, with interdependence, to distribute a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, and a mixture and substance containing a detectable

amount of para-fluorofentanyl, a Schedule I controlled substance, the use of which resulted in the death of Juvenile #1 on or about January 31, 2022, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

All in violation of Title 21, United States Code, Section 846.

## COUNT 2

On or about January 30, 2022, in the State and District of Colorado, the defendants, DOUGLAS FLOYD, a/k/a "Doug," MARLENE MCGUIRE, a/k/a "M," MARIA DAVIS-CONCHIE, a/k/a "CeCe," did knowingly and intentionally distribute a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, and a mixture and substance containing a detectable amount of para-fluorofentanyl, a Schedule I controlled substance, the use of which resulted in the death of Juvenile #1 on or about January 31, 2022.

All in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C), and Title 18, United States Code, Section 2 (aiding and abetting).

## COUNT 3

On or about January 30, 2022, in the State and District of Colorado, the defendants, DOUGLAS FLOYD, a/k/a "Doug," MARLENE MCGUIRE, a/k/a "M," MARIA DAVIS-CONCHIE, a/k/a "CeCe," each a person at least eighteen years of age, did knowingly and intentionally distribute a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, and a mixture and substance

containing a detectable amount of para-fluorofentanyl, a Schedule I controlled substance, to Juvenile #1, Juvenile #2, and Juvenile #3, each a person under twenty-one years of age.

All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C), and 859, and Title 18, United States Code, Section 2 (aiding and abetting).

## COUNT 4

From a time unknown, but not later than on or about May 1, 2020, up to and including on or about February 21, 2022, in the State and District of Colorado and elsewhere, the defendants, DOUGLAS FLOYD, a/k/a "Doug" and MARLENE MCGUIRE, a/k/a "M," and others both known and unknown to the Grand Jury, did knowingly and intentionally combine, conspire, confederate and agree, with interdependence, to distribute and possess with the intent to distribute (1) 50 grams and more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance; (2) a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance; and (3) a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(B)(viii), and (b)(1)(C).

All in violation of Title 21, United States Code, Section 846.

## COUNT 5

On or about February 21, 2022, in the State and District of Colorado, the

defendants, DOUGLAS FLOYD, a/k/a "Doug" and MARLENE MCGUIRE, a/k/a "M," did knowingly and intentionally possess with intent to distribute 50 grams and more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B)(viii), and Title 18, United States Code, Section 2 (aiding and abetting).

## COUNT 6

On or about February 21, 2022, in the State and District of Colorado, the defendants, DOUGLAS FLOYD, a/k/a "Doug" and MARLENE MCGUIRE, a/k/a "M," did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C), and Title 18, United States Code, Section 2 (aiding and abetting).

## COUNT 7

On or about February 21, 2022, in the State and District of Colorado, the defendants, DOUGLAS FLOYD, a/k/a "Doug" and MARLENE MCGUIRE, a/k/a "M," did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C), and Title 18, United States Code, Section 2 (aiding and abetting).

## FORFEITURE ALLEGATION

1. The allegations contained in Counts 1 through 7 of this Superseding Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of Title 21, United States Code, Section 853.

2. Upon conviction of the violations alleged in Counts 1 through 7 of this Superseding Indictment involving violations of Title 21, United States Code, Sections 841(a)(1), (b)(1)(B)(viii), (b)(1)(C), and 846, the defendants, DOUGLAS FLOYD, a/k/a "Doug," MARLENE MCGUIRE, a/k/a "M," MARIA DAVIS-CONCHIE, a/k/a "CeCe," shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any and all of the defendants' right, title and interest in all property constituting and derived from any proceeds obtained directly and indirectly as a result of such offense(s), and in all property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such offense(s).

4. If any of the property described above, as a result of any act or omission of the defendants:

    (a) cannot be located upon the exercise of due diligence;

    (b) has been transferred or sold to, or deposited with, a third party;

    (c) has been placed beyond the jurisdiction of the Court;

    (d) has been substantially diminished in value; or

    (e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property.

A TRUE BILL:

<u>Ink signature on file in Clerk's Office</u>
FOREPERSON

COLE FINEGAN
United States Attorney

By: <u>*s/Peter McNeilly*</u>
Peter McNeilly
Assistant U.S. Attorney
U.S. Attorney's Office
1801 California St., Ste. 1600
Denver, CO 80202
Telephone: 303-454-0200
Fax:  303-454-0406
E-mail:  peter.mcneilly@usdoj.gov
Attorney for Government