IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Regina M. Rodriguez**

Criminal Action No.: 22-cr-00080-RMR-3          Date: November 29, 2023

Courtroom Deputy: Kally Myhaver          Court Reporter: Terri Lindblom

Probation Officer: Kelly Muller

---

_Parties:_                                          _Counsel:_

UNITED STATES OF AMERICA,                Peter McNeilly
                                                   Alyssa Mance

    Plaintiff,

v.

3. MARIA DAVIS-CONCHIE,                  John Sullivan, III

    Defendant.

---

## COURTROOM MINUTES

---

**SENTENCING**

**3:03 p.m.      Court in session.**

Court calls case. Appearances of counsel.  Defendant present in custody.

Defendant sworn.

Discussion and argument regarding objections to the presentence report, pending motions, and sentencing recommendation.

Statement by the Court regarding defendant's offense level, criminal history level, and sentencing guidelines range.

Court states its findings of fact and conclusions of law.

**ORDERED:  The Plea Agreement is approved.**

**ORDERED:**   Government's Motion to Dismiss Superseding Indictment [ECF 252] is GRANTED.

**ORDERED:**   Government's Motion for Decrease for Acceptance of Responsibility [ECF 251] is GRANTED.

**4:14 p.m.**   Court in recess.
**4:18 p.m.**   Court in session.

**ORDERED:**   Defendant's Motion for Non-Guideline Sentence [ECF 247] is DENIED.

**ORDERED:**   Government's Motion for Departure, or, in the Alternative, an Upward Variance [ECF 250] is GRANTED IN PART AND DENIED IN PART.

**ORDERED:**   Defendant shall be imprisoned for 120 months. Upon release from imprisonment, defendant shall be placed on supervised release for a term of 3 years.

**ORDERED:**   Conditions of Supervised Release, as stated on record.

**ORDERED:**   Defendant shall pay a $100.00 Special Assessment fee, to be paid immediately.  No fine is imposed.

**ORDERED:**   Defendant shall forfeit any interest in property, as stated on record, to the United States.

**ORDERED:**   Defendant is remanded to the custody of the U.S. Marshal.

Defendant advised of right to appeal.

**4:34 p.m.**   Court in recess.

Hearing concluded.
Total time in court:   1:27